# THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                            **PLAINTIFF**

**v.**                  **CASE NO. 4:93-CR-00105-BRW-1**

**PATRICK DALE LILJEBECK**                                     **DEFENDANT**

## NOTICE OF CASE REASSIGNMENT

The above-referenced case was placed on the unassigned docket on January 22, 2003. The Clerk has been delegated the authority to reassign cases that were originally assigned to Judge George Howard, Jr. The Clerk's office was notified by the United States Probation Office of a matter involving the defendant in the above-referenced case that requires the Court's attention. Therefore, this case is now reassigned to the docket of Judge Billy Roy Wilson.

Dated this 9th day of December, 2022.

                                                           AT THE DIRECTION OF THE COURT
                                                           TAMMY H. DOWNS, CLERK

                                                      By:     Crystal Newton
                                                                    Deputy Clerk