**United States District Court**
**Southern District of Florida**
Case No. 22-MJ-04077-LOUIS

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Dec 09, 2022
Tammy H. Downs, Clerk
By: B. Dunlap D.C.
DEP CLERK

UNITED STATES OF AMERICA,

v.

4:93-cr-00105 BRW

Charging District's Case No. 93-CR-105-LR

PATRICK D. LILJEBECK,
(USM# 19199-009)
_____/

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the EASTERN DISTRICT OF ARKANSAS.

**Assistant Federal Public Defender was appointed to represent Defendant for proceedings in this District.**

The defendant remains in custody after the initial appearance in the Southern District of Florida.

**IT IS ORDERED** that the United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

**DONE AND ORDERED** at Miami, Florida on 12/8/2022.

Lauren F. Louis
United States Magistrate Judge

9

BNDDUTY,CLOSED

# U.S. District Court
## Southern District of Florida (Miami)
## CRIMINAL DOCKET FOR CASE #: **1:22−mj−04077−LFL**−1

| | |
|---|---|
| Case title: USA v. Liljebeck | Date Filed: 12/08/2022 |
| | Date Terminated: 12/08/2022 |

Assigned to: Magistrate Judge Lauren Fleischer Louis

**Defendant (1)**

| | | |
|---|---|---|
| **Patrick D. Liljebeck**<br>19199−009<br>*YOB 1967 ENGLISH*<br>*TERMINATED: 12/08/2022* | represented by | **Noticing FPD−MIA**<br>305−530−7000<br>Email: MIA_ECF@FD.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| WARRANT/PETITION/EDAR/PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Noticing AUSA CR TP/SR**<br>Email: Usafls.transferprob@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

*Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 12/08/2022 | 1 | | Magistrate Judge Removal of Violation of Conditions of Release from Eastern District of Arkansas Case number in the other District LR–CR–93–105(1) as to Patrick D. Liljebeck (1). (dgj) (Entered: 12/08/2022) |
| 12/08/2022 | 2 | | Minute Order for proceedings held before Magistrate Judge Lauren Fleischer Louis: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Patrick D. Liljebeck held on 12/8/2022. Bond recommendation/set: Patrick D. Liljebeck (1) STIPULATED Detention. No Hearing Held. USAO Raymond Gravie present. Date of Arrest or Surrender: 12/8/2022. Defendant waives removal; Waiver executed; Defendant Ordered removed to the Eastern District of Arkansas. AFPD sworn; Attorney added: Noticing FPD–MIA for Patrick D. Liljebeck (Digital 14:24:20) Signed by Magistrate Judge Lauren Fleischer Louis on 12/8/2022. (kan) (Entered: 12/09/2022) |
| 12/08/2022 | 3 | | WAIVER of Rule 5(c)(3)/Rule 40 Hearing by Patrick D. Liljebeck (mdc) (Entered: 12/09/2022) |
| 12/08/2022 | 4 | | COMMITMENT TO ANOTHER DISTRICT as to Patrick D. Liljebeck. Defendant committed to District of Eastern Arkansas. Closing Case for Defendant. Signed by Magistrate Judge Lauren Fleischer Louis on 12/8/2022. *See attached document for full details.* (mdc) (Entered: 12/09/2022) |

**22-MJ-04077-LOUIS**

FILED BY MM D.C.
Dec 8, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court
## Eastern District of Arkansas

UNITED STATES OF AMERICA

v.

PATRICK D. LILJEBECK

9809-0213-0160-D

**WARRANT FOR ARREST**

CASE NUMBER: LR-CR-93-105(1)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Patrick D. Liljebeck__
                                              Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☒ Probation Violation Petition

charging him or her with (brief description of offense)
Escape from custody and to show cause why supervised release should not be revoked

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK

By _____ D.C.

in violation of Title __18__ United States Code, Section(s) __751(a)__

JAMES W. McCORMACK
Name of Issuing Officer

_Donna Bondo_
Signature of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

February 12, 1998   Eastern District of Arkansas
Date and Location

Bail fixed at $ _____ by _____
                                  Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

3

(7/93)
Case 1:22-cr-00105-BRW Document 63 Filed 12/08/22 Page 4 of 9
Case 4:22-cr-00105-BRW Document 63 Filed 12/08/22 Page 5 of 8

# United States District Court
## for the
## Eastern District of Arkansas
### Petition for Warrant or Summons for Offender Under Supervision



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FEB 0 9 1998

JAMES W. McCORMACK, CLERK
By: _____
                    DEP. CLERK

Name of Offender: Patrick D. Liljebeck          Case Number: LR-CR-93-105(1)

Name of Sentencing Judicial Officer:   Honorable George Howard Jr.

Date of Original Sentence:   July 1, 1994

Original Offense:    Escape from custody, 18:751(a)

Original Sentence:   18 Months' BOP; 24 Months' TSR; Drug Testing; $50 SPA

Type of Supervision:   TSR          Date Supervision Commenced:   9-13-95

Asst. U.S. Attorney:   Jana Harris          Defense Attorney:

## PETITIONING THE COURT

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Condition | Nature of Noncompliance |
|---|---|
| 2 | **The defendant shall report to the probation officer, and shall submit a truthful and complete written report within the first five days of each month.** Mr. Liljebeck did not submit a monthly supervision report for the month of December 1997 that was due January 5, 1998. |
| 6 | **The defendant shall notify the probation officer within 72 hours of any change in residence or employment.** Mr. Liljebeck was not present for an unscheduled home visit on January 7, 1998. The defendant's wife stated that she has not seen or heard from her husband since December 25, 1997. |

On December 26, 1997, the U. S. Probation Office for the Eastern District of Texas was notified by the Trinity County, Texas, Sheriff's Office that a vehicle registered to Mr. Liljebeck was found at a campsite in a national forest on that date. The appearance of the scene was such that the officer who investigated suspected there was deliberate effort to make it appear that someone had staged an accident and disappeared. As Mr. Liljebeck's whereabouts are unknown and it is uncertain whether or not his absence is the result of foul play or an attempt to abscond, it is respectfully requested the Court issue a warrant for his arrest.

_Dwayne Ricks_                                          _Jana Harris_
Dwayne Ricks                                            Jana Harris
U.S. Probation Officer                                  Assistant U. S. Attorney

Date: 2/5/98                                            Date: 2/9/98

Case 1:22-cr-00105-BRW Document 63 Filed 12/09/22 Page 6 of 8
Case 4:93-cr-00105-BRW Document 2-3 Filed 12/09/22 Page 5 of 5
Petition for Warrant or Summons
for Offender Under Supervision

Name of Offender: Patrick D. Liljebeck      Case Number: LR-CR-93-105(1)

This form is to be filed with Criminal Docketing as a motion.

c:    Defense Attorney   Mr. Otis Hill, 211 North Center, Longview, TX 75604
      Assistant U. S. Attorney - Jana Harris

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FEB 12 1998
JAMES W. McCORMACK, CLERK
BY: _____ DEP. CLERK

UNITED STATES OF AMERICA

VS  NO. LR-CR-93-105 (1)

PATRICK D. LILJEBECK

### ORDER

Pending before this Court is the petition of the government for issuance of a warrant for the defendant, Patrick D. Liljebeck, to be brought before this Court to show cause why his supervised release should not be revoked. For good cause shown, the request is granted.

The Clerk is directed to issue a warrant for the defendant and deliver it to the U. S Marshal for service. Once the defendant is in custody, a revocation hearing will be scheduled.

Dated this 11th day of February, 1998.

*George Howard, Jr.*
UNITED STATES DISTRICT JUDGE

ENTERED ON THE DOCKET IN ACCORDANCE
WITH RULE 55, FRCrP, ON 2/12/98
BY *Donna Bond*

60

warrant issued 2/12/98 *Lm*.

# MINUTE ORDER

Page 2

## Magistrate Judge Lauren F. Louis

Atkins Building Courthouse - 11th Floor     Date: 12/8/2022    Time: 2:00 p.m.

Defendant: PATRICK D. LILJEBECK    J#: 19199-009    Case #: 22-MJ-04077-LOUIS

AUSA: Dwayne Williams     Attorney: AFPD Kirsten Nelson

Violation: DIST-E/AR/WARR/SUPERVISED RELEASE VIOLATION/ESCAPE FROM CUSTODY     Surr/Arrest Date: 12/7/2022    YOB: 1967

Proceeding: Initial Appearance     CJA Appt:

Bond/PTD Held: ⃝ Yes   ⃝ No    Recommended Bond:

Bond Set at:     Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
    Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:
Defendant advised of rights and charges

USAO Raymond Gravie present

Defendant sworn; AFPD appointed

*STIP Detention (no hrg. held); Court sets*

*Defendant Waives Removal; Waiver executed; Ordered removed to the E/D of Arkansas*

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 14:24:20     Time in Court: 7 mins

s/Lauren F. Louis     Magistrate Judge

7