UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No: 22-MJ-04077-LOUIS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Dec 09, 2022
Tammy H. Downs, Clerk
By: B. Dunlap D.C.
DEP CLERK

United States of America
    Plaintiff,
v.

4:93-cr-00105 BRW

Charging District's Case No. 93-CR-105-LR

PATRICK D. LILJEBECK,
    Defendant.
_____/

### WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS

I understand that I have been charged in another district, the **EASTERN DISTRICT OF ARKANSAS.**

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2) an identity hearing to determine whether I am the person named in the charges;
(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;
(5) a hearing on any motion by the government for detention;
(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my rights to: **(check those that apply)**

☐ An identity hearing and production of the warrant.

☐ A preliminary hearing.

☐ A detention hearing in the Southern District of Florida.

☒ An identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled to in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 12/8/2022

x_____
Defendant's Signature

_____
Lauren F. Louis
United States Magistrate Judge

8